UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1326 DWF/AJB

ALLSTATE INSURANCE COMPANY AND LY YANG,

Plaintiffs,

**O R D E R**

UNITED STATES OF AMERICA,

Defendant.

Based upon the stipulation of the parties, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that Defendant may have, to and including, September 1, 2000, within which to file and serve its Amended Answer in this matter.

Dated: 8/21/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________