**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ALLSTATE INSURANCE COMPANY, and LY YANG,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 00-1326 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Anthony Wacker, Esq., Wacker Law Office, 1900 Interchange Tower, 600 South Highway 169, Minneapolis, MN 55426-1223, counsel for Plaintiff.

Patricia Cangemi, Assistant United States Attorney, 600 United States Courthouse, 300 4th Street South, Minneapolis, MN 55415, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 8, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 8 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______